**YI LIN ZHENG, ESQ.**
Nevada Bar No. 1011
VEGAS GOLDEN LAW
2801 S Valley View, Ste 16
Las Vegas, Nevada 89102
Phone: 702-385-7170
VegasGoldenLaw@gmail.com
Attorney for Defendant
QUANG DUONG TAO

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>QUANG DUONG TAO,<br><br>    Defendant | Case No.: 2:18-cr-390-RFB-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING DATE (FIRST REQUEST)** |

  Defendant, QUANG DUONG TAO through undersigned counsel, YI LIN ZHENG, ESQ. and the United States being represented by and through the United States Attorney Office hereby requests the Court to continue his Sentencing date for 90 days or until such time as convenient to the Court.

1. Mr. Tao's Sentencing is scheduled for Wednesday, February 23, 2021, at 10:00 a.m.

2. The parties are requesting a continuance because in previous appearance, both client and defense counsel has had difficulty with concurrent and/or consecutive interpretation of the proceedings, especially during video appearances. Mr. Tao wishes to appear in person with counsel in Court for sentencing, which would allow Mr. Tao the assistance of the Cantonese, Chinese interpreter and to communicate with defense counsel. However, given the safety

1

precautions of the COVID-19 pandemic and in an effort to limit in-court appearance, it may be best to continue the hearing until more people can be vaccinated and in-person appearance are safer.

3.   Further, additional time is being requested to allow CJA counsel an opportunity to further investigate and/or to supplement the record with any further objections/corrections to the PSR, and to prepare a sentencing memorandum to this Court and/or respond to the Government's Sentencing Memorandum

4.   Mr. Tao is out of custody and does not object to this continuance.

5.   CJA counsel contacted AUSA Allison Reese to inform her of the same and to request a continuance of the sentencing in the case at hand for the reasons stated above, which the Government had no objection to the defense's request.

**IT IS HEREBY STIPULATED AND AGREED UPON**, by and between the parties hereto, that the Sentencing date in the above referenced case may be continued for ninety (90) days or until such time as convenient to the Court.

STIPULATION entered by and SUBMITTED this 9th day of February, 2021.

NICHOLAS A. TRUTANICH
United States Attorney

*/ s / Yi Lin Zheng*
By: _____
YI LIN ZHENG, ESQ.
Attorney for QUANG DUONG TAO

*/ s / Allison Reese*
By: _____
ALLISON REESE
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>QUANG DUONG TAO,<br><br>　　　　Defendant | Case No.: 2:18-cr-390-RFB-BNW<br><br>**ORDER TO CONTINUE SENTENCING DATE (FIRST REQUEST)** |

　　Upon Stipulation of the parties:

　　**IT IS HEREBY ORDERED** that the Sentencing date in the above referenced case shall be continued from February 23, 2021 to __May 25, 2021__ at __11:00__ a.m./p.m., Courtroom __7C__.

　　DATED this __18th__ day of February, 2021.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3